Case 2:18-cv-00047   Document 21   Filed on 03/30/18 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
March 30, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DONALD RAY WILLIAMS SR, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-47 |
| | § | |
| IN THE UNITED STATES DISTRICT OF | § | |
| THE AMERICAN, *et al*, | § | |
| | § | |
| Defendants. | § | |

### AMENDED[1] MEMORANDUM AND RECOMMENDATION
### TO DISMISS CASE FOR FAILURE TO PROSECUTE

Plaintiff Donald Ray Williams, Sr., a Texas inmate, appearing *pro se*, filed a Prisoner Civil Rights Complaint on February 12, 2018. (D.E. 1).[2] Plaintiff did not pay the filing fee nor did he seek to proceed *in forma pauperis* ("IFP"). On February 14, 2018, Plaintiff was ordered to pay the $400.00 filing fee in full on or before March 6,

---

[1] This Memorandum And Recommendation is amended to include notice to plaintiff of his right to file objections within 14 days.

[2] This case was originally filed as a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (D.E. 1). However, while Plaintiff uses the standard form for filing a habeas petition, the relief he is seeking is instead related to several prisoner civil rights claims. (D.E. 17). Plaintiff has accumulated 13 strikes for filing frivolous lawsuits as an inmate and appears to be attempting to circumvent the three strikes bar. *See* 28 U.S.C. 1915(g) (prisoner with three or more actions or appeals dismissed as frivolous, malicious, or for failure to state a claim is prohibited from bringing any more actions or appeals *in forma pauperis*). Additionally, Plaintiff has received at least three monetary sanctions for, among other things, filing documents written in blood. *See In re: Donald Ray Williams*, No. 6:98-mc-29 (E.D. Tex. June 1, 1998) (Order issuing $100.00 sanction for sending dried blood); *see also In re: Donald Ray Williams*, No. 6:98-mc-30 (E.D. Tex. June 1, 1998) (same); *see also Williams v. Johnson*, No. 6:98-cv-112 (E.D. Tex. May 21, 1999) (Order issuing $50.00 sanction for attempting to circumvent previous sanctions and $75.00 sanction for sending "food loaf" and "dental hygenic items" to the Court).

2018 or, if he chose to file a fully completed motion to proceed *in forma pauperis*, to show cause why he should not be barred from proceeding *in forma pauperis* pursuant to the three strikes rule. (D.E. 17). Plaintiff was warned that failure to comply may result in the dismissal of this action. (D.E. 17, Page 2). On March 2, 2018, Plaintiff filed "Petitioner Request for the Entry of Payed Filing Fee Default," requesting this Court contact his sister to pay the filing fee. (D.E. 18). Plaintiff's request was denied on March 5, 2018 and he was given until March 19, 2018 to comply with the February 14, 2018 Order. (D.E. 19). Plaintiff was again cautioned that if he failed to comply, the Court may dismiss this case for want of prosecution. (D.E. 19, Page 2). To date, Plaintiff has failed to comply.

Therefore, it is respectfully recommended this case be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute).

Respectfully submitted this 30th day of March, 2018.

                                                */s/ Jason Libby*
                                                Jason B. Libby
                                           United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) (en banc).