**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| DONALD RAY WILLIAMS SR, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-47 |
| | § | |
| IN THE UNITED STATES DISTRICT | § | |
| OF THE AMERICAN, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has received the Magistrate Judge's March 30, 2018, Memorandum and Recommendation ("M&R"), Dkt. No 20, and Amended M&R, Dkt. No. 21.[1] The time to file objections has passed, and no objections have been filed. *See* Dkt. No. 21 at 3 (advising parties of the 14-day deadline to file objections).

After independently reviewing the record and applicable law, the Court **ADOPTS** the Amended M&R, Dkt. No. 21, and **DISMISSES** the above-captioned case pursuant to Federal Rule of Civil Procedure 41(b). *See also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding that district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute).

SIGNED this 27th day of April, 2018.

_____
Hilda Tagle
Senior United States District Judge

---

[1] The M&R was amended to include notice to Plaintiff of his right to file objections within 14 days. No substantive amendments were made.